RACHAEL A. HONIG
Acting United States Attorney
ENES HAJDARPASIC
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 297-2046
enes.hajdarpasic@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAJPATH USA LLC. <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> *Defendants*. | HON. CLAIRE C. CECCHI <br><br> *Civil Action No.* 2:21-cv-04800-CCC-ESK <br><br> NOTICE OF APPEARANCE |

This is to notice the appearance of Racheal A. Honig, Acting United States Attorney, District of New Jersey, by Enes Hajdarpasic, Assistant United States Attorney, as attorney of record for Defendants in the above-captioned case.

Service of all notices in this case should be made upon:

>Enes Hajdarpasic
>Assistant United States Attorney
>970 Broad Street, Suite 700
>Newark, NJ 07102
>Tel: (973) 297-2046
>enes.hajdarpasic@usdoj.gov

Dated: Newark, New Jersey
March 19, 2021

RACHAEL A. HONIG
Acting United States Attorney

By: *s/ Enes Hajdarpasic*
ENES HAJDARPASIC
Assistant United States Attorney