RACHAEL A. HONIG
Acting United States Attorney
ENES HAJDARPASIC
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2046
Fax: (973) 297-2010
E-mail: enes.hajdarpasic@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJPATH USA LLC, *et al.* <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.* <br><br> *Defendants.* | HON. CLAIRE C. CECCHI <br><br> *Civil Action No.* 2:21-cv-04800-CCC-ESK <br><br> ORDER |

This matter having been brought before the Court upon Defendants' letter request, dated April 18, 2021, requesting an extension of time to file an opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 3), and with their no opposition and for good cause shown;

IT IS on this 19th day of April 2021,

ORDERED that Defendants' time to file an opposition to Plaintiffs' motion for preliminary injunction is extended from April 19, 2021 to April 23, 2021.

_____
CLAIRE C. CECCHI
United States District Judge