RACHAEL A. HONIG
Acting United States Attorney
ENES HAJDARPASIC
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2046
Fax: (973) 297-2010
E-mail: enes.hajdarpasic@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJPATH USA LLC, *et al.* *Plaintiff,* v. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.* *Defendants.* | HON. EDWARD S. KIEL *Civil Action No.* 2:21-cv-04800-CCC-ESK ORDER |

This matter having been brought before the Court upon Defendant's letter request, dated May 27, 2021, requesting an extension of time to file an Answer or otherwise move to the Complaint, and with their no opposition and for good cause shown;

IT IS on this ____ day of _____, 2021,

ORDERED that Defendant's time to file an Answer or otherwise move as to the Complaint is extended from May 28, 2021 to July 27, 2021.

_____
EDWARD S. KIEL
United States District Judge